# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2020

160586(17)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEVEN LEE JACKSON,
        Defendant-Appellant.

SC: 160586
COA: 348803
Saginaw CC: 14-039993-FC

_____/

On order of the Court, the motion for reconsideration of this Court's June 30, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2020



Clerk

b1019